UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

TARA M. BLURY AKA
TARA M. TRURAN

HONORABLE SCOTT W. DALES
CASE NO. 18-03819-SWD
CHAPTER 13

DEBTOR.
_____/

RYAN F. BEACH (P71022)
Attorney for Debtor
1500 East Beltline Ave SE, Suite 140
Grand Rapids, MI 49506
(616) 389-0629
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

## CERTIFICATE OF SERVICE

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 23rd day of September, 2020, a copy of the Motion for Relief from the Automatic Stay and Co-Debtor Stay, Brief in Support, Notice and Opportunity for Hearing and this Proof of Service was served upon:

Nathan Blury
1838 Portadown SW
Byron Center, MI 49315

by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com